IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRYANT B. CHAMBERS, #24020848, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:25-cv-1845-E |
| DALLAS COUNTY COMMISSIONERS COURT, ET AL., | § § § § | |
| Defendants. | § § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND <u>RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE</u>**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ADOPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED this 8th day of September, 2025.**

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE