IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRYANT B. CHAMBERS, #24020848, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:25-cv-1845-E |
| DALLAS COUNTY COMMISSIONERS COURT, ET AL., | § § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore DENIES Plaintiff Bryant B. Chambers's motion for leave to amend liberally construed as a motion under Federal Rule of Civil Procedure 59(e) [Dkt. No. 11] and, solely for statistical purposes, DIRECTS the Clerk of Court to REOPEN and then CLOSE this case.

SO ORDERED this 6th day of January, 2026.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE